**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 70 MAL 2024

          Respondent   :

                       :   Petition for Allowance of Appeal
                       :   from the Order of the Superior Court

          v.   :

                       :

DOMINIC O. ROACH,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.